UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ERICA HAHN, | : | |
| | : | 3:19-cv-00706-KAD |
| Plaintiff | : | |
| | : | |
| v. | : | OCTOBER 22, 2019 |
| | : | |
| GARTNER, INC., | : | |
| | : | |
| Defendant | : | |
| | : | |

**MOTION TO WITHDRAW APPEARANCE**

The undersigned counsel, pursuant to D. Conn. L. Civ. R. 7(e), herby moves to withdraw her appearance in this case. Good cause exists for granting the instant motion. The Plaintiff Erica Hahn has retained new counsel: Attorney Thomas W. Bucci, located at 855 Main St., Fifth Floor, Bridgeport, CT 06604. The Plaintiff consents to the withdrawal of Attorney Saluck from further representation.

Wherefore, the undersigned respectfully requests that the Court grant the instant motion.

Respectfully Submitted,

By:/s/ Jill Saluck
Jill Saluck (ct30331)
Carey & Associates, P.C.
71 Old Post Road, Suite One
Southport, CT 06890
(203) 255-4150 tel
(203) 255-0380 fax
jsaluck@capclaw.com

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY, that the foregoing was filed electronically via ECF on this the 22nd day of October, 2019, and delivered via email and regular mail, postage prepaid to all those unable to receive electronic filings via ECF.

Daniel A. Schwartz, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
dschwartz@goodwin.com
Counsel for Defendant

/s/
Jill Saluck